# GOTTLIEB, RACKMAN & REISMAN, P.C.

COUNSELORS AT LAW

PATENTS TRADEMARKS COPYRIGHTS INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com E-MAIL: Info@grr.com

GEORGE GOTTLIEB
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN
MARC P. MISTHAL
STEVEN STERN

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
BARRY R. LEWIN
JOSHUA R. MATTHEWS
ARIEL S. PEIKES
RACHEL M. WEISS

PATENT AGENT
ZOYA V. CHERNINA

OF COUNSEL
JAMES REISMAN
MICHAEL J. RACKMAN
BARRY A. COOPER
DIANA MULLER *

* MEMBER OF THE BAR
OF ARGENTINA ONLY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 22 MAR 2011

March 21, 2011

**VIA FACSIMILE (212) 805-0426**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re: Paul Smith Limited v. The Gettys Group, Inc.,
Sage Hospitality Resources, LLC d/b/a The Blackstone
Renaissance Hotel, Tai Ping Carpets America, Inc.
And Tai Ping Carpets International Ltd.
Civil Action No.: 10 CIV-9523

Dear Judge Swain:

We represent Plaintiff in the above matter.

The parties have been discussing settlement, but no settlement in principle has yet been reached.

The Initial Pre-Trial Conference is presently set for March 25, 2011 at 3:15 p.m. Furthermore, the time for each of the defendants to answer or otherwise move with respect to the complaint is set for March 24, 2011. No counsel for any defendant has yet filed an appearance, but they are all aware of the foregoing dates.

In order to enable settlement negotiations to move forward promptly, we respectfully request that all dates be re-set as follows, as we believe that good cause exist for the adjournments as requested:

• Time for defendants to answer or otherwise move with respect the Complaint – March 30, 2011.

Honorable Laura Taylor Swain
United States District Judge
March 21, 2011
Page 2

- Time for submission of the Preliminary Pre-Trial Statement-- March 28, 2011.

- Date for (adjourned) Initial Pre-Trial Conference-- April 1, 2011 or such other time as the court may order.

Please note that all counsel for defendants are receiving email copies of this facsimile letter.

Respectfully Submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.

*George Gottlieb*

George Gottlieb

GG/dab

cc: Marshall Turner, Esq. (via email)
Harry B. Ray, Esq. (via email)
Gary Pierson, Esq. (via email)
Counsel for Defendants Tai Ping Carpets America, Inc., and Tai Ping International, Ltd.

Eric L. Singer, Esq. (via email)
Counsel for Defendant The Gettys Group

Ellen Reilly, Esq. (via email)
Counsel for Defendant Sage Hospitality Resources, LLC

Marc P. Misthal, Esq.
Peter Jacobs, Esq. (via email)
Counsel for Plaintiff Paul Smith Limited

> The requests are granted. The initial pretrial conference is adjourned to April 11, 2011, at 2:15 pm and the deadline for filing of the joint Preliminary Pretrial Statement is extended to April 4, 2011.

SO ORDERED.

NEW YORK, NY
Mar 22, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE